IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY JOSEPH CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0647-CG-N |
| | ) |
| DOD, NATIONAL SECUIRTY AGENCY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff, Larry Joseph Cameron, having failed to respond to the Magistrate Judge's order denying plaintiff's motion to proceed without prepayment of fees, and directing him to pay the $350.00 filing fee no later than January 2, 2012, entered on December 7, 2011 (Doc. 3), and upon consideration of the alternatives that are available to the court, it is **ORDERED** this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the court's order and to prosecute this action. See Link v. Wabash R. R., 370 U.S. 626, 630, 82 S.Ct. 1836, 8 L.Ed.2d 734 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss sua sponte an action for lack of prosecution).

**DONE and ORDERED** this 5th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE